IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON LAVELL RYLEE,

    Plaintiff,                              No. CIV S-09-2882 KJM P

    vs.

FEDERAL BUREAU OF PRISONS, et al.,

    Defendant.                            ORDER

          Plaintiff is a federal prison inmate who has filed suit against a correctional officer and doctor from the Sacramento Main Jail and against a counselor from the federal prison camp in Sherdian, Oregon. Plaintiff's wife has signed the complaint on plaintiff's behalf and claims she is authorized to do so by a power of attorney. Although she claims to have attached this document to the original complaint, which was filed in the Eastern District of North Carolina, the materials transmitted by that court do not include the power of attorney.

          Under Rule 11(a) of the Federal Rules of Civil Procedure, an unrepresented party must sign pleadings, motions and other papers personally. In this case, plaintiff's wife has signed the complaint, purportedly under the authority of a power of attorney. The court cannot determine whether this constitutes compliance with Rule 11 without a copy of the power of attorney.

1  IT IS THEREFORE ORDERED that within twenty-eight days of the date of this
2  order, plaintiff provide the power of attorney authorizing his wife to sign legal documents on his
3  behalf.
4  DATED: January 6, 2010.

_____
U.S. MAGISTRATE JUDGE

2
ryle2882.ord