UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

VERNON LAVELL RYLEE,

        Plaintiff,                No. 2:09-cv-2882-KJM P

  vs.

FEDERAL BUREAU OF PRISONS, et al.,

        Defendants.        **ORDER & WRIT OF HABEAS CORPUS**
                                            /        **AD TESTIFICANDUM**

        Vernon Lavell Rylee, inmate # 16059-097, a necessary and material witness in proceedings in this case on October 8, 2010, is confined in Butner Medium I Federal Correctional Institution, Old NC Highway 75, Butner, North Carolina 27509, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before mediator Joe Ramsey, to appear from the institution by video conference at the U. S. District Court, 501 I Street, Sacramento, California 95814, Courtroom #1 on Monday, November 8, 2010 at 9:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate by video conference in a mediation at the time and place above, until completion of the mediation; and

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, Butner Medium I Federal Correctional Institution, P. O. Box 1000, Butner, North Carolina, 27509:**

        **WE COMMAND** you to produce the inmate named above to testify before Joe Ramsey by video conference at the time and place above, until completion of the mediation.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: September 29, 2010.

                                                                  U.S. MAGISTRATE JUDGE

ryle2882.841