IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON LAVELL RYLEE,

    Plaintiff,                                No. CIV-09-2882 CMK (TEMP) P

    vs.

FEDERAL BUREAU OF PRISONS, et al.,

    Defendants.                              <u>ORDER</u>

        Upon the stipulation of the parties, this action is dismissed with prejudice. Fed. R. Civ. P. 41(a)(1).

        IT IS SO ORDERED.

DATED: January 13, 2011

                                                  **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE

hm
ryle2882.ord

4
chan2861.ord

1